# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS ENRIQUE BELTRAN-AGUILAR,<br><br>        Defendant. | Case No.: 22-cr-2566-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On November 29, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 2, 2022 to January 13, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 18] and sets the Motion Hearing/Trial Setting on January 13, 2023 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On November 23, 2022, a plea agreement was lodged before the Court, and a change of plea hearing is set for December 2, 2022. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

22-cr-2566-JO

1    Further, on November 22, 2022, Defendant filed a pretrial motion that remains
2 pending. Accordingly, the Court finds that time from November 22, 2022 to January 13,
3 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4 pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 11/30/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE